**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DENNIS RENE LANZA-BANEGAS, AKA Francisco Hernandez-Gomez, AKA Rene Lamza, Petitioner, v. ERIC H. HOLDER, Jr., Attorney General, Respondent. | No. 13-70777 Agency No. A205-315-304 MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

February 17, 2015[**]

Before:     O'SCANNLAIN, LEAVY, and FERNANDEZ, Circuit Judges.

Dennis Renee Lanza-Banegas, a native and citizen of Honduras, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's ("IJ") order granting him pre-conclusion voluntary

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

departure.  We dismiss the petition for review.

We lack jurisdiction to review Lanza-Banegas' unexhausted contention that his waiver of appeal before the IJ was not knowing and intelligent.  *See Tijani v. Holder*, 628 F.3d 1071, 1080 (9th Cir. 2010) (no jurisdiction to review legal claims not presented in the petitioner's administrative proceedings before the BIA).

**PETITION FOR REVIEW DISMISSED.**